UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: : CHAPTER 13
GREGORY J. KELLY : CASE NO. 20-21088-JJT
:
Debtor. : March 1, 2021

## MOTION TO DISMISS CHAPTER 13 CASE

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to 11 U.S.C. Section 1307(c) based on the deficiencies indicated below.

If the deficiencies set out below are remedied and the case is not dismissed, notice is hereby given to the Debtor that the Trustee may also seek dismissal of the Chapter 13 case at the hearing on confirmation of the Debtor's Chapter 13 plan. If the Debtor cannot confirm a plan for any reason, then the Trustee will request at the confirmation that the case be dismissed under 11 U.S.C. Section 1307(c)(5).

1. I reviewed the files and records of the office of the Standing Chapter 13 Trustee for the District of Connecticut made and kept in the usual and ordinary course of its business. The records on were made at or near the time of the events they record by someone with knowledge of the events they record. I rely on those records in making the following statements.

2. The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts. Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has not provided:

   a. Payment advices or other evidence of income received by the debtor for the six full months preceding the petition date;
   b. 2017 and 2018 business Tax Returns, if applicable;
   c. Petition date bank statements business and personal;
   d. Payment advices or other evidence of payment received by the debtor updated to the time of confirmation;

3. The Debtor has failed to complete a properly noticed first meeting of creditors pursuant to Section 341 of the Bankruptcy Code.

I declare under penalty of perjury that the information contained in the foregoing **numbered** paragraphs is true and correct. Executed on March 1, 2021.

4. <u>The Plan does not conform to the claims filed.</u>

5. <u>The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code</u>. The Debtor's excess income over expenses, according to Schedules I and J, is $511.00, without including the mortgage payment of $4462.23 per month. A plan curing the mortgage arrearage plus the post petition fees and paying 100% of all unsecured claims would require a monthly payment of at least $953.62 over a period of 60 months.

Wherefore, the Trustee requests that the court dismiss the case, unless the indicated defects are cured prior to any hearing on this motion.

                                       */s/ Roberta Napolitano, Trustee*
                                       Roberta Napolitano, Trustee
                                       Chapter 13 Standing Trustee
                                       10 Columbus Blvd., 6th Floor
                                       Hartford, CT 06106
                                       Tel: (860) 278-9410
                                       Email: rnapolitano@ch13rn.com
                                       Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| GREGORY J. KELLY | : CASE NO. 20-21088-JJT |
| | : |
| Debtor. | : March 1, 2021 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss with proposed order thereon

1. **Parties Served Via First Class Mail:**
   Debtor(s):
   GREGORY J. KELLY
   65 CARDINAL DRIVE
   GLASTONBURY, CT 06033

2. **Parties Served Electronically Include:**
   Debtor's Attorney: RONALD CHORCHES, ESQ.
   Email: ronchorcheslaw@sbcglobal.net

   Office of the United States Trustee,
   Kim McCabe, Assistant United States Trustee
   Email: ustpregion02.nh.ecf@usdoj.gov

>   */s/ Roberta Napolitano*
>   Roberta Napolitano
>   Chapter 13 Standing Trustee
>   10 Columbus Blvd., 6th Floor
>   Hartford, CT 06106
>   Tel: (860) 278-9410
>   Email: rnapolitano@ch13rn.com
>   Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: : CHAPTER 13
GREGORY J. KELLY : CASE NO. 20-21088-JJT
:
Debtor. :

ORDER DISMISSING CASE UNDER CHAPTER 13

After notice and a hearing, *see* 11 U.S.C. Section 102(1), on the Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. Section 1307(c), it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.